IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABDUL MALIK, Individually and On Behalf of All Similarly Situated Persons, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-1610 |
| ROBERT CRAIG KLIMEK, JR., Individually and d/b/a TEMPLAR SECURITY, | § § § § § | |
| Defendant. | § | |

## **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Abdul Malik files this notice of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(i):

1. Plaintiff is Abdul Malik. Defendant is Craig Klimek, Jr., d/b/a Templar Security.

2. On May 26, 2017, Plaintiff sued Defendant for overtime pay and associated relief under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

3. Defendant has not appeared.

4. This case is not a class action.

5. No receiver has been appointed.

6. This case is not governed by any federal statute that requires court order

for dismissal.

7.     Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8.     The dismissal sought is without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully notifies the Court that he dismisses his case without prejudice to refiling same.

Respectfully submitted,

THE BUENKER LAW FIRM

*/s/ Vijay A. Pattisapu*
Vijay A. Pattisapu
Texas Bar No. 24083633
S.D. Tex. No. 1829615
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
vijay@buenkerlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on February 12, 2018 I filed the foregoing and attachment with the Court via ECF.

*/s/ Vijay A. Pattisapu*
Vijay A. Pattisapu